IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 06-10-4-J |
| v. | ) | |
| | ) | |
| JEFFREY RIPPLE, | ) | JUDGE KIM R. GIBSON |
| Defendant. | ) | |

## MEMORANDUM OPINION & TENTATIVE FINDINGS AND RULINGS

**Gibson, J.**

**AND NOW**, this 20th day of February, 2007, the Probation Office having conducted a presentence investigation and submitted a presentence report; the United States having filed its position paper as required by Local Criminal Rule 32.1(D) indicating that it has no objections to the presentence report; Defendant having filed his position paper as required by Local Criminal Rule 32.1(D) indicating that he has no objections to the presentence report; and the Probation Office having submitted the final addendum to the presentence report pursuant to Local Criminal Rule 32.1(F), the Court makes the following tentative findings and rulings:

1) On October 16, 2006, Jeffrey Ripple (hereinafter "Defendant"), appeared before this Court and plead guilty to Count One of the indictment at Criminal Number 06-10-4-J, charging him with conspiracy to distribute and possess with intent to distribute five hundred grams or more of cocaine and five grams or more of cocaine base, Schedule II substances, from in or around July 2004 to on or about May 13, 2005, in violation of Title 21 United States Code, Section 846.

2) On January 12, 2007, the United States Probation Office filed a Presentence Investigation Report (hereinafter "PIR") in this matter. On January 25, 2007, the United States filed its position with regard to the PIR indicating that it has no objections. On January 29, 2007, Defendant filed his position with regard to the PIR indicating that he has no objections.

1

3)   In the absence of objections, the Court tentatively adopts the PIR in its entirety.

BY THE COURT:

**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**

Cc:   John Valkovci, AUSA
Russell J. Heiple
Eric Bossart, USPO